| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 4:13-CR-200 |
| | § | (Judge Crone/ Judge Nowak) |
| GILBERTO JESUS MORALES (4) | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 20, 2017, the report of the Magistrate Judge (Dkt. #1301) was entered containing proposed findings of fact and recommendations that Defendant Gilberto Jesus Morales's Motion to Compel the United States to Remove Separation Orders (Dkt. #1286) be denied.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Gilberto Jesus Morales's Motion to Compel the United States to Remove Separation Orders (Dkt. #1286) is **DENIED**.

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 20th day of April, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE